UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Charlnitta Marie Ellis,                              Civil No. 10-4838 (RHK/LIB)

          Plaintiff,                            **ORDER FOR DISMISSAL**

v.

Kyle Charles Koelln, David Oliver Johnson,
as individuals and in their individual capacity
as a paramedic employee of the Hennepin
County Medical Center, Hennepin County
Medical Center, as an employer,

          Defendants.
_____

    Based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 2), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements or attorney's fees to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 21, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge